1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EFRAIN ZAYAS,

11          Plaintiff,                        No. CIV S-07-2313 LEW KJM P

12          vs.

13   ARNOLD SCHWARZENEGGER, et al.,

14          Defendants.                       <u>FINDINGS & RECOMMENDATIONS</u>

15   _____/

16          By order filed October 26, 2007, plaintiff's complaint was dismissed and thirty

17   days leave to file an amended complaint was granted.  Plaintiff was also informed that he must

18   file an application to proceed in forma pauperis within thirty days.  The thirty day period has

19   now expired, and plaintiff has not filed an amended complaint or otherwise responded to the

20   court's order.

21          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

22   without prejudice.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

23          These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

25   days after being served with these findings and recommendations, plaintiff may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  January 11, 2008.

_____
U.S. MAGISTRATE JUDGE

1
zaya2313.fta